IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FLORENCE HICKS, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) No. 03 C 9215 |
| MEDLINE INDUSTRIES, INC., | ) ) ) |
| Defendant. | ) |

## MEMORANDUM ORDER

Adrian Mendoza, Esq. ("Mendoza") was appointed as pro bono publico counsel for plaintiff Florence Hicks ("Hicks") after she had provided a second Motion for Appointment of Counsel to handle the employment discrimination claim that she had originally brought pro se. Not long after his appointment (on March 16, 2004) Mendoza filed a First Amended Complaint to supersede Hicks' original version, and he has continued to represent her actively during the ensuing year.

Now Mendoza has served notice of the proposed presentment of a Motion To Withdraw as Counsel Pursuant to LR 83.38, scheduling the motion for presentment at 9:15 a.m. April 5, 2005. In light of the matters set forth in Mendoza's motion, Hicks is also ordered to appear in person at that time, failing which this action will be dismissed for want of prosecution.

                                              Milton I. Shadur
                                              Senior United States District Judge

Date: March 23, 2005